[No. 24658-2-III.   Division Three.   June 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VALENTIN
PALOMARES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-1-00340-2, Donald W. Schacht, J., entered October 31, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 24808-9-III.   Division Three.   June 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN G. ABRAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-1-00615-6, John M. Antosz, J., entered November 15, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 25180-2-III.   Division Three.   June 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN G. ABRAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-1-00813-2, John M. Antosz, J., entered May 1, 2006. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 53972-8-I.   Division One.   June 11, 2007.]

KING COUNTY, *Respondent*, v. WILLIAM A. RAETHER ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 02-2-31845-2, Douglas D. McBroom, J., entered February 20 and May 14, 2004. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Coleman, J.